

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00608-CV

**IN RE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

**ORDER**

On December 18, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 30, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-23536, styled *RCI Entertainment (San Antonio) Inc., d/b/a XTC Cabaret v. City of San Antonio*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.